UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| WESLEY DOMINIO STALLWORTH | PLAINTIFF |
| VERSUS | CIVIL ACTION NO. 1:11CV73-RHW |
| GLENN CLARK et al | DEFENDANT |

**FINAL JUDGMENT**

This matter came before the Court on this day for a bench trial. In accordance with the requirement for the filing of a separate document pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons stated on the record, the Court hereby enters its final judgment.

IT IS ORDERED that Plaintiff's 42 U.S.C. § 1983 civil rights complaint is dismissed with prejudice as to all claims and all Defendants.

SO ORDERED, this the 18th day of September, 2012.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE